# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## First Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Hollis Weaver                                 Docket No.: 4:17CR00409-2 AGF

Name of Sentencing Judicial Officer: The Honorable Audrey G. Fleissig
                                     United States District Judge

Date of Original Sentence: March 28, 2018

Original Offense: Felon in Possession of a Firearm

Original Sentence: 27 months imprisonment and 2 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: December 15, 2019
                                                         Expiration Date: December 14, 2021

Assistant U.S. Attorney: Jennifer Szczucinski           Defense Attorney: John D. Stobbs II

## PETITIONING THE COURT

**[X] To amend the original petition to include the information in bold print.**

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number

**Mandatory Condition No.2:** You must not unlawfully possess a controlled substance.

**Standard Condition No.10:** You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

### Nature of Noncompliance

On November 10, 2021, Weaver reported to the U.S. Probation Office and the District's Special Response Team conducted a search of the offender's vehicle. The search revealed a backpack located on the rear passenger floorboard near a child's car seat that contained one Bronze Glock 19, 9mm handgun, loaded with one 9mm round in the chamber, with an extended magazine in the firearm with one round in the magazine, bearing serial number BSPM67 with a laser attached; a digital scale; one small bag of suspected marijuana; a brown magazine loaded with 16 rounds of 9mm ammunition; and one loose round of 9mm ammunition.

The offender has yet to be interviewed because the search is ongoing. A supplemental report with the offender's statements and any additional items found will be submitted upon completion of a search of the offender's residence.

**A search was also conducted at the offender's residence located at 1029 Hickory Place, St. Louis, Missouri 63104. The search revealed a Black Sig Sauer P365 handgun, bearing serial number 66B494097, located underneath a couch in the main living area. The firearm was loaded with six 9mm rounds in the magazine. A computer inquiry revealed that the firearm was stolen on the parking lot during a gun show in St. Charles, Missouri. An empty magazine for the Black Sig Sauer P365 was found in a bookbag in the kitchen. The following items were found in the main living room closet: an extended brown Glock magazine; a tan Glock magazine; a tan Glock 19 gun case, bearing serial number BSPM677; a laser attachment for a Black Sig Sauer P365; a magazine for a Black Sig Sauer P365 with five 9mm rounds of ammunition and 11 loose rounds of 9mm ammunition.**

**When interviewed by the probation office, the offender admitted that the narcotics found in the vehicle was marijuana for personal use. He indicated that he was unaware that the firearm, additional magazine and loose round of ammunition were in the vehicle. It should be noted that the narcotics were found in a bookbag with the aforementioned items. The offender suggested that the firearm, magazines, loose rounds and gun box found in his residence belonged to his brother. He advised the undersigned that his brother was attempting to sell the gun to his girlfriend.**

## Violation Number

**Mandatory Condition No.3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

## Nature of Noncompliance

On the October 29, 2020, and May 17, 2021, the offender submitted urine samples for drug testing. The samples were collected by the undersigned at the U.S. Probation Office in St. Louis, Missouri and returned positive for the use of marijuana. On the following dates, the offender submitted urine samples for drug testing: November 18, 2020; December 10, 2020 and May 28, 2021. The samples were collected by Avertest in St. Louis, Missouri and all returned positive for the use of marijuana.

When interviewed by the probation office, the offender admitted that he had been smoking marijuana. He was adamant that he was not addicted and could stop smoking at any time. Weaver suggested he smoked in response to paranoia.

**On November 10, 2021, the offender submitted a urine sample for drug testing. The sample was collected by the undersigned at the U.S. Probation Office in St. Louis, Missouri and returned positive for the use of marijuana.**

**When interviewed by the probation office, the offender admitted he smoked marijuana to alleviate stress.**

**Violation Number**

**Special Condition:** You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

**Nature of Noncompliance**

Weaver was enrolled in Avertest to participate in random drug screens to monitor his sobriety. Weaver failed to report for testing on the following dates: January 19, 2021; February 26, 2021; March 10, 2021; April 27, 2021; August 16, 2021; September 10, 2021 and October 11, 2021.

When interviewed by the probation officer, the offender stated that he would forget to report for testing.

**Previous Violations**

On January 9, 2020, the Court was advised that the offender failed to report for drug testing. In response, no Court action was requested. The offender received a verbal reprimand, and his conditions of supervision were reviewed. The Court concurred and no further action was taken. This violation conduct has not been incorporated into the existing petition for revocation purposes.

On August 7, 2020, the Court was advised that the offender submitted urine samples that returned positive for marijuana and failed to report for drug testing. In response, no Court action was requested. The offender received a verbal reprimand, and his conditions of supervision were reviewed. He was also provided a monthly bus pass to alleviate his transportation issues. The Court concurred and no further action was taken. This violation conduct has not been incorporated into the existing petition for revocation purposes.

**U.S. Probation Officer Recommendation:** It is respectfully recommended that the original petition be amended to include new information in bold and that his term of supervised release be revoked.

The Supervised Release should be
   [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 15, 2021**

Approved,

by _____
Charo S. Davis
Supervising U.S. Probation Officer
Date: **November 15, 2021**

Respectfully submitted,

by _____
Grant E. Sneed
U.S. Probation Officer
Date: **November 15, 2021**

THE COURT ORDERS:

☐   No Action
☐   The Issuance of a Warrant
☐   The Issuance of a Summons
        Appearance Date:
        Appearance Time:
        Courtroom Number:
☒   **To Amend the Original Petition**
☐   Other

_____
Signature of Judicial Officer

November 22, 2021
Date

I:\Supervision\12C\Weaver, Hollis 12C 417CR00409-2 AGF 11-17-2021.docx